IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LASHAUNDA GLOVER                                                              PLAINTIFF

v.                                    Case No. 1:19-cv-1037

DOLGENCORP, LLC                                                               DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay Pending Arbitration. (ECF No. 8). The Court finds that no response is necessary and that the matter is ripe for consideration.

On October 25, 2019, the parties filed the instant motion, asking the Court to stay this case to allow them to submit to arbitration pursuant to a valid arbitration agreement between them. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' joint motion (ECF No. 8) is hereby **GRANTED**. Plaintiff's claims in this matter are hereby referred to arbitration in accordance with the parties' agreement. This case is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the parties' right to reopen the proceedings to enforce the arbitrator's decision.

**IT IS SO ORDERED**, this 29th day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge